UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MATTHEW B. CRAMER,

           Plaintiff,

   v.

LANCE KUSHNER, et al.,

           Defendants.

                                    /

NO. CIV. S-01-2193 LKK/GGH PS

O R D E R

    Plaintiff is proceeding pro se in this action, in which he has alleged that defendant Kushner committed copyright infringement. In October 2003, plaintiff moved for voluntary dismissal, which was granted shortly thereafter.

    In December 2008, plaintiff moved to reopen the case and vacate the order of dismissal, although with minimal explanation of the basis for the motion. Doc. No. 54. In April, 2009, plaintiff filed a second document requesting the court "dismiss" that filing and stating that he intends to file a new complaint. Doc. No. 57.

    The court therefore DENIES plaintiff's Motion to Vacate (Doc.

1

1 | No. 54). The plaintiff is directed to the Local Rules for guidance
2 | as to the filing of a new complaint.
3 |     IT IS SO ORDERED.
4 |     DATED: August 21, 2009.

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT